

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Brandon Eutahn Harp,

\* From the 259th District Court
of Jones County,
Trial Court No. 011698.

Vs. No. 11-20-00019-CR

\* January 20, 2022

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.